LATHAM & WATKINS LLP
    Charles H. Samel (SBN 182019)
    633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone:     (213) 485-1234
Facsimile:     (213) 891-8763
    charles.samel@lw.com

Attorneys for Defendants
ATI Technologies, Inc. and
Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTUS AUSTIN, individually and on behalf of all others similarly situated, | Case No.  C-06-07526 WHA |
| Plaintiff, | **CLASS ACTION** |
| v. | **AMENDED STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER** |
| NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC. | |
| Defendants. | **JURY TRIAL DEMANDED** |

Plaintiff Justus Austin ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

1.      On December 7, 2006, Plaintiff filed the Complaint based on diversity jurisdiction.  The Complaint alleges claims under state antitrust and consumer protection laws. Plaintiff has styled the Complaint as a putative class action.

2.      As of the date of this Stipulation, at least 23 other complaints have been filed in this and other judicial districts.  All of these complaints allege federal antitrust claims

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526  WHA

1   and/or state law antitrust claims against Nvidia and AMD. Each complaint is styled as a putative

2   class action.

3          3.      On December 8, 2006, plaintiffs in some of these other actions

4   collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to

5   transfer and consolidate in this judicial district all existing and subsequently filed antitrust

6   actions related to the claims alleged in the Complaint. Nvidia and AMD will respond to the

7   motion on the schedule to be set by the JPML.

8          4.      On January 16, 2007, AMD and Nvidia filed a response with the JPML

9   supporting consolidation and transfer of these actions to the Northern District of California, San

10  Jose Division, or, in the alternative, in the Northern District of California, San Francisco

11  Division. To date, every party responding to the JPML Motion has supported consolidation and

12  transfer in either the Northern or Central Districts of California. No party has opposed

13  consolidation and transfer.

14         5.      Some of the plaintiffs in the potentially related antitrust actions and all

15  Defendants have requested that the Panel hear oral argument on the JPML Motion. The parties

16  expect that if the Panel does hear oral argument, the hearing will occur in March 2007. The

17  parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer

18  and consolidation of these actions.

19         6.      In light of these facts, Plaintiff and Defendants stipulated in December

20  2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order

21  resolving the JPML motion and (2) the filing and service of any subsequent consolidated

22  complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or

23  otherwise respond to the Complaint for good cause shown.

24         7.      Given the likelihood of a March 2007 hearing date before the JPML, the

25  dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines

26  entered on December 7, 2006 ("December 7 Order), including the deadlines imposed by Federal

27  Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to pass before

28  the JPML acts on the pending motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526 WHA

8.      Continuing the dates set forth in the December 7 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court. It would also ensure consistency in pretrial rulings and be convenient for the parties, including Plaintiff.

9.      Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the December 7 Order. The affected dates include (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (currently February 22, 2007); (2) file joint ADR documents (currently February 22, 2007); (3) complete initial disclosures and file the Case Management Statement and Rule 26(f) Report (currently March 1, 2007); and (4) the Initial Case Management Conference (currently March 15, 2007).

10.     The parties request that the Court continue the above referenced schedule as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan – May 3, 2007; (2) file joint ADR documents – May 3, 2007; (3) complete initial disclosures and file the Case Management Statement and Rule 26(f) Report – May 17, 2007; and (4) the Initial Case Management Conference – May 24, 2007. Such a continuance will allow this matter to move forward promptly in the event that the JPML Motion is denied and further proceedings before this Court are necessary.

11.     Except as described in Paragraph 6, the parties have sought no previous modification of the timing of any event or deadline set by the Court.

///
///
///
///
///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526 WHA

1   12.    The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

2       Respectfully submitted,

3

4   Dated: February 6, 2007

    LATHAM & WATKINS LLP
5

6   By: __/s/ Charles H. Samel___
        Charles H. Samel (182019)
7

8   Attorneys for Defendants
    ATI TECHNOLOGIES, INC. and
    ADVANCED MICRO DEVICES, INC.
9

10

11  Dated:  February 6, 2007            Dated: February 6, 2007
    COOLEY GODWARD KRONISH LLP          SCHUBERT & REED LLP
12

13  By: /s/ James Donato _____          By: _/s/ Aaron H. Darsky_____
        James Donato (146140)               Aaron H. Darsky (212229)
14

15  Attorneys for Defendant             Attorneys for Plaintiff
    NVIDIA CORPORATION                  JUSTUS AUSTIN

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526 WHA

1    FILER'S ATTESTATION:

2           Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3    perjury that the concurrence in the filing of this document has been obtained from its signatories.

4    Dated:  February 6, 2007

5                                                           By:     /s/ Charles H. Samel
                                                                    Charles H. Samel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526 WHA

1

<strong>[PROPOSED] ORDER</strong>

2         Pursuant to the stipulation of the parties, all dates set forth in the December 8,

3  2006 Order Setting Initial Case Management Conference and ADR Deadlines and the January

4  23, 2007 Clerk's Notice Scheduling Initial Case Management Conference on Reassignment are

5  hereby continued as follows: (1) the deadline to meet and confer re: initial disclosures, early

6  settlement, ADR process selection, and discovery plan will be May 3, 2007; (2) the deadline to

7  file joint ADR documents will be May 3, 2007; (3) the deadline to complete initial disclosures

8  and file the Case Management Statement and Rule 26(f) Report will be May 17, 2007; and (4)

9  the Initial Case Management Conference will be May 24, 2007.  The parties are ordered to notify

10  the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for

11  consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust*

12  *Litigation*.

13         Pursuant to stipulation, it is so ordered.

14

15  Dated: _____ February 7, 2007

16

17         _____

18         The Honorable Willliam H. Alsup

19

20  LA\1684026.1

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07526 WHA